IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY BROADCASTING CORPORATION, | ) ) ) | 8:06CV336 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| SPECTRUM SCAN, LLC, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 10).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, August 2, 2006, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court