# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY BROADCASTING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SPECTRUM SCAN, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL TRACY, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

This matter is before the court after a telephone conference with counsel on May 30, 2007. During the conference counsel requested additional time to prepare for the scheduling conference to amend the Final Progression Order. Accordingly,

**IT IS ORDERED:**

The telephone conference with the undersigned magistrate judge is continued until **June 22, 2007 at 2:00 p.m. (Central Daylight Time)** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 30th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge