IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRACY BROADCASTING CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV336** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SPECTRUM SCAN, LLC,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL TRACY,** | ) | |
| | ) | |
| **Cross-Defendant.** | ) | |

This matter is before the court on the defendant's Motion For Extension Of Time To Respond To Motion For Partial Summary Judgment (Filing No. 69). The defendant also filed a proposed order attached to the motion (Filing No. 69-2). The defendant requests until November 1, 2007 to file its response to the Motion For Partial Summary Judgment (Filing No. 64). The defendant states that counsel for the plaintiff and cross-defendant do not have an objection to the extension. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion For Extension Of Time To Respond To Motion For Partial Summary Judgment (Filing No. 69) is granted.

2. The defendant shall have **on or before November 1, 2007** to file its response to the Motion For Partial Summary Judgment (Filing No. 64).

DATED this 23rd day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge