IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY BROADCASTING CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SPECTRUM SCAN, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> vs. ) <br> ) <br> MICHAEL TRACY, ) <br> ) <br> Counter-Defendant. ) | 8:06CV336 <br><br> ORDER |

This matter is before the court on the parties' oral motion for a continuance of the pretrial conference. The motion will be granted.

**IT IS ORDERED:**

1. The parties' oral motion for a continuance of the pretrial conference is granted.

2. The pretrial conference in this matter is re-scheduled for **April 4, 2008, at 1:30 p.m.**

DATED this 5th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge