IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY BROADCASTING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SPECTRUM SCAN, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL TRACY, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

This matter is before the court on Tracy Broadcasting Corporation and Michael Tracy's Motion for Continuance of Trial (Filing No. 127). These parties seek a continuance based on the illness of a member of Mr. Tracy's immediate family. The court held a telephone conference with counsel for the parties on June 4, 2008. Upon consideration,

**IT IS ORDERED:**

1. Tracy Broadcasting Corporation and Michael Tracy's Motion for Continuance of Trial (Filing No. 127) is granted.

2. Trial is set to commence **at 8:30 a.m. on August 11, 2008**, in Omaha, Nebraska before the undersigned magistrate judge.

DATED this 4th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge