## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRACY BROADCASTING CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV336** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SPECTRUM SCAN, LLC,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL TRACY,** | ) | |
| | ) | |
| **Counter-Defendant.** | ) | |

This matter is before the court on the parties' Post-Trial Joint Stipulation Regarding Admission of Exhibits, Briefing Schedule and the Amendment of a Pretrial Stipulation by Plaintiff (Filing No. 143). The court held a telephone conference with counsel for the parties on August 20, 2008. Upon consideration,

**IT IS ORDERED:**

1. The parties' Post-Trial Joint Stipulation Regarding Admission of Exhibits, Briefing Schedule and the Amendment of a Pretrial Stipulation by Plaintiff (Filing No. 143) is adopted.

2. The following exhibits identified on the parties' pretrial exhibit list are accepted and received into evidence in this matter: 16, 33, 34, 46, 47, 48, 50, 52, 53, 54, 67, 69, 70, 71, 73, 75, 76, 77, 78, 79, 80, 81, 84, 85, 86, 87, 88, 101, 102, 110, 118, 119, 120, 121, 122, 123, 124, 128, 129, 130, 200 and 201.

3. The plaintiff shall have ten (10) working days from the filing of the complete transcript of the trial to submit its post-trial brief. The defendant shall then have ten (10) working days from the filing of the plaintiff's brief to file its response brief. Thereafter, the plaintiff shall have five (5) working days to file its reply brief.

      4.     The record is hereby corrected to reflect that Michael Tracy was the sole shareholder of Tracy Broadcasting Company at all times relevant herein.

DATED this 20th day of August, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge