# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRACY BROADCASTING CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV336** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SPECTRUM SCAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Change Hearing Date (Filing No. 162). Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Change Hearing Date (Filing No. 162) is granted.

2. The previously scheduled hearing date of July 31, 2009, is canceled.

3. The Plaintiff Tracy Broadcasting Corp., by and through its owner, shall appear in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza Omaha, NE, on **August 21, 2009, at 11:00 a.m.**, to give testimony under oath regarding its property.

DATED this 28th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge