# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY BROADCASTING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SPECTRUM SCAN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Michael Tracy's Request for Hearing (Filing No. 167). A garnishment proceeding had previously been set for hearing. See Filing No. 163. Accordingly, Mr. Tracy's request will be granted. The hearing is consolidated with the hearing previously scheduled in this matter as set forth below.

**IT IS ORDERED:**

1. Michael Tracy's Request for Hearing (Filing No. 167) is granted.

2. The Plaintiff Tracy Broadcasting Corp., by and through its owner, shall appear in Courtroom No. 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza Omaha, NE, on **August 21, 2009, at 11:00 a.m.**, to give testimony under oath regarding its property.

3. The Clerk of Court shall mail a copy of this order to Michael Tracy at:

> Michael J. Tracy
> 731 East 38th
> Scottsbluff, NE 69361

DATED this 11th day of August, 2007.

> BY THE COURT:
>
> s/Thomas D. Thalken
> United States Magistrate Judge