# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY BROADCASTING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV336 |
| vs. | ) ) | ORDER |
| SPECTRUM SCAN, LLC | ) ) | |
| Defendant, | ) ) | |
| vs. | ) ) | |
| MICHAEL TRACY | ) ) | |
| Cross-Defendant. | ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 175). The plaintiff filed the suggestion based on its Chapter 11 bankruptcy filing. The filing was made in the District of Colorado on August 19, 2009, and is being administered under the case number 09-27059-ABC. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 20th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge