# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRACY BROADCASTING CORPORATION,** | ) ) ) | Case No. 8:06CV336 |
| Plaintiff, | ) ) | ORDER TO DESTROY |
| vs. | ) ) ) | |
| **SPECTRUM SCAN LLC,** | ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on February 16, 2016 that they wish the following exhibits held by the court in this matter to be destroyed.

                Plaintiff's Trial Exhibits    08/11/2008

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fail to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

**IT IS SO ORDERED.**

DATED: February 17, 2016

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge